TRUSTEES OF RICHMOND *v.* CARLISLE D. WALKER.

[Abstract Kentucky Law Reporter, Vol. 1—399.]

**Taxation by Town.**

> Where a town charter authorizes the taxation of all personal property and choses in action, the term "cash capital" applies to money owing and on interest as well as to money in the hands of the person assessed.

APPEAL FROM MADISON CIRCUIT COURT.

November 11, 1880.

OPINION BY JUDGE HINES:

The conclusion of the court below that the town charter authorizes the taxation of all personal property and choses in action, and that the term "cash capital" applies to money owing and on interest as well as to money in the hands of the person assessed, we think is unquestionably correct, and under authority of *Barret & Co. v. City of Henderson,* 4 Bush 255, we are constrained to hold that the time of the assessment is determined by the general law.

Judgment *affirmed.*

*T. J. Scott, for appellant.   Chenault & Bennett, for appellee.*